1044

No. 83–757. McCann v. Georgia. Ct. App. Ga. Certiorari denied.

No. 83–759. Hurley et al. v. Albuquerque Title Co., Inc., et al. Ct. App. N. M. Certiorari denied.

No. 83–761. Harris et al. v. Fenn et al. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 83–762. LaFalce v. Houston et al. C. A. 7th Cir. Certiorari denied.

No. 83–765. Durham County Board of Alcoholic Control v. Wells. C. A. 4th Cir. Certiorari denied.

No. 83–771. Ohio-Sealy Mattress Manufacturing Co. et al. v. Sealy, Inc., et al. C. A. 7th Cir. Certiorari denied.

No. 83–775. Gustine v. Gustine. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 83–776. Oziemkiewicz v. Washington, Mayor of Chicago, et al. C. A. 7th Cir. Certiorari denied.

No. 83–777. Clark Equipment Co. v. Keller et al. C. A. 8th Cir. Certiorari denied.

No. 83–780. Dantzler v. South Carolina. Sup. Ct. S. C. Certiorari denied.

No. 83–782. Dale v. Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied.

No. 83–785. Creel, Trustee v. United States. C. A. 5th Cir. Certiorari denied.

No. 83–787. Ginsburg v. United States. C. A. 7th Cir. Certiorari denied.

No. 83–794. Erftmier v. Rowan Cos., Inc. C. A. 5th Cir. Certiorari denied.

No. 83–811. Brimm v. United States. C. A. 11th Cir. Certiorari denied.